IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| DAVID NIELSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. __3:20-cv-64__ |
| | ) | |
| RUSSELL L. MILLER, | ) | |
| | ) | |
| JEAN C. MILLER, | ) | |
| | ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | ) ) | |
| | ) | |
| ATLANTIC UNION BANK | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

The United States Small Business Administration (SBA), pursuant to 28 U.S.C. §§ 1442(a) and 1446(a), hereby notifies the Court of the removal of this action, currently pending in the Circuit Court for Albemarle County, Virginia. In support of this the Notice, the SBA represents to the Court:

1. There is a civil action entitled *David Nielsen v. Russell L. Miller, et al.*, Case Number CL19000477-00, as evidenced by the Second Amended Complaint, and attached hereto as Exhibit A. Plaintiff has filed the Second Amended Complaint in reference to alleged breach of contract between two of the named parties. Plaintiff filed this matter on May 12, 2020 and Defendant received service of the Second Amended Complaint on September 25, 2020.

2. The action is pending in the Circuit Court for Albemarle County, Virginia, which is in the Charlottesville Division of the Western District of Virginia.

3. Pursuant to 28 U.S.C. § 1442(a), any civil action brought in a state court against the United States or any federal agency for or relating to any act under color of such office may be removed to the District Court of the United States for the district and division embracing the place where it is pending.

Based upon the foregoing, Defendant notifies the Court of its intention to remove this matter from the Circuit Court for Albemarle County, Virginia, to the United States District Court for the Western District of Virginia, Charlottesville Division.

## REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

This civil action is removable to this Court under 28 U.S.C. §1442. The United States of America will file a copy of this Notice of Removal with the Circuit Court for Albemarle County, Virginia, and give Plaintiff written notice as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

Date:  10/21/2020

*/s/ Justin M. Lugar*
Justin M. Lugar
Assistant United States Attorney
Virginia State Bar No. 77007
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:  justin.lugar@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the  21st  day of October, 2020, I caused a true copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, and mailed a copy thru the United States Small Business Administration to the following non-CM/ECF participants

Clerk of Circuit Court
County of Albemarle
Attn:  Civil Division
501 E. Jefferson Street
Charlottesville, VA   22902

David W. Thomas, Esquire
MichielHamlett PLLC
310 4th Street, N.E., 2nd Floor
Charlottesville, VA   22902
*Counsel for the Plaintiff*

Neal Walters, Esquire
418 E. Water Street
Charlottesville, VA   22902
*Counsel for Defendants Russell L. Miller and Jeanne C. Miller*

Atlantic Union Bank
Rachel Lape, Registered Agent
Union Bankshares Corporation
1051 E. Cary Street, Suite 1200
Richmond, VA   23219

*/s/ Justin M. Lugar*
Justin M. Lugar
Assistant United States Attorney